# COMPLAINT
(for filers who are prisoners without lawyers)

U.S. District Court
Wisconsin Eastern
JUN 19 2019
FILED
Stephen C. Dries, Clerk

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

LeKesha Marie Robinson

v.

(Full name of defendant(s))

Milwaukee County Jail

Case Number:

19-C-906

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   100 South Park Avenue, Crandon Wis. 54520 Forest County Jail
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Milwaukee County Jail__
   (Name)

is (if a person or private corporation) a citizen of _____

Complaint – 1

(State, if known)
and (if a person) resides at 949 N 9th Street Milwaukee, wis. 53233
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Milwaukee County Jail 949 N 9th St. Milwaukee Wisc. 53233
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

In Milwaukee Wisconsin at the Milwaukee County Jail in April, 2019 around 10:30 pm. I was sleeping and was awaken by coughing, and choking. The Supervisor's Drayo, and the boss of him told the officers not to open any oHo of the cells, where myself and the entire 6D pod continue to choke, and cough due to the officers spraying chemical agent (Pepper Spray) without turning off the ventilation system. The nurses came to 6d after the male workers attempted to clean

Complaint – 2

the ventilation system and spray the pod with hopes to cease the smell and improve our breathing. Once the nurses made it back to the 6D unit they instructed the supervisor to open the cells 30 minutes later, and myself and other's were begging to go to the gym where there was air; I was throwing up, turning red faced, and it was very hard to breath. After 15, 20 minutes of myself and a variety of others were gagging, coughing, throwing up, and choking per the nurse staff we were transported to the gym, there on I had a oxygen treatment, and 20 minutes later I were able to get a breathing treatment. The "Acula" Aucla came to interview the jail, and myself once I was transferred to The Milwaukee House of Correction.

Complaint – 3

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $100,000.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would greatly appreciate if the courts would properly confiscate me for this matter endangering my safety and health that could have resulted more sever if I would have had a massive heart attack, and or asma attack.

Drayo, and his Boss may need to resign and or be court ordered to have a Safety class based on how to handle this type of situation.

Complaint – 4

Case 2:19-cv-00906-WED   Filed 06/19/19   Page 4 of 5   Document 1

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES    ☐ – NO


I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __17__ day of __June__ 20_19_.

Respectfully Submitted,

_LeResha Robinson_
Signature of Plaintiff

__147__
Plaintiff's Prisoner ID Number

__100 South Park Avenue Crandon Wis 54520__

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.